JOHN S. CRUMB v. BLACK & DECKER (U.S.), INC.

December 23, 1985.

Petition for certification granted.   (See 204 *N.J.Super.* 521)

THE PRINCETON COMMUNITY PHONE BOOK, INC. v.
JOHN R. BALDWIN.

December 23, 1985.

Petition for certification denied.

E.B. v. BURLINGTON COUNTY WELFARE AGENCY.

December 23, 1985.

Petition for certification denied.

RICHARD CHIUSANO v. EMERALD
DEVELOPMENT ASSOCIATES, INC.

December 23, 1985.

Petition for certification denied.